IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALTON MORRISEY REED, JR.,

      Appellant,

v.                         Case No. 5D21-2243
                              LT Case No. 2020-305398-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 30, 2022

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and
Kathryn Rollison Radtke, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.  *See Sheppard v. State*, 17 So. 3d 275 (Fla. 2009).

WALLIS, EISNAUGLE and HARRIS, JJ., concur.